In the Matter of WALTER E. STANTON, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.

Argued October 17, 1944; decided November 22, 1944.

*Jacob Shientag* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel* (*Henry J. Shields* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.